IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–02193–EWN–PAC

Estate of Kit Peterson by PHAN LEE PETERSON, Personal Representative,

    Plaintiff,

v.

MEDTRONIC, INC.,
MEDTRONIC, USA, INC., and
MEDTRONIC MED REL, INC.,

    Defendants.

## ORDER

This matter comes before the court on the "Joint Motion to Request Administrative Reopening of Case" (Documents 110 and 111) filed July 25, 2005. Upon review and consideration, it is

**ORDERED** as follows:

1.     The motions are GRANTED.

2.     The clerk shall open the instant case administratively to permit filing of the stipulation of dismissal, proposed order dismissing the instant case with prejudice, and any other documents related to the settlement and dismissal of the instant case, and the completion of all court procedures to formally close this case.

Dated this 25th day of July, 2005.

                                      BY THE COURT:

                                      s/Edward W. Nottingham
                                      EDWARD W. NOTTINGHAM
                                      United States District Judge