**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 03-cv-2193-EWN-PAC

ESTATE OF KIT PETERSON, by Phan Lee Peterson, Personal Representative,

      Plaintiff,

v.

MEDTRONIC, INC.,
MEDTRONIC USA, INC., and
MEDTRONIC MED REL, INC.

      Defendants.

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

      Plaintiff, Estate of Kit Peterson, by Phan Lee Peterson, Personal Representative, and Defendants Medtronic, Inc., Medtronic USA, Inc., and Medtronic Med Rel, Inc. (collectively "Medtronic"), by and through their respective undersigned counsel, hereby stipulate and jointly move this Court to dismiss, with prejudice, all claims asserted by Plaintiff against Medtronic pursuant to Fed. R. Civ. P. 41(a)(2), each party to bear its own costs and attorneys' fees.

      As grounds for and in support of this Motion, Plaintiff and Medtronic state that all differences and claims between Plaintiff and Medtronic have been settled and compromised to their mutual satisfaction.

      Respectfully submitted this 25th day of July, 2005.

**APPROVED BY:**


 /s/ Phan Lee Peterson
Phan Lee Peterson,
Personal Representative of the
Estate of Kit Peterson

1109588_1.doc

2

  /s/ Kevin S. Hannon
Kevin S. Hannon, Esq.
The Hannon Law Firm LLC
1641 Downing Street
Denver, CO 80218-1528
Telephone: (303) 861-8800
Facsimile: (303) 861-8855
E-mail: khannon@hannonlaw.com

ATTORNEYS FOR PLAINTIFF

  /s/ Stuart Pack
Stuart Pack
Isaacson Rosenbaum P.C.
633 17th Street, Suite 2200
Denver, CO 80202
Telephone: (303) 256-3965
Facsimile: (720) 974-7939
E-mail: spack@ir-law.com

ATTORNEYS FOR DEFENDANTS