**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 03-cv-2193-EWN-PAC

ESTATE OF KIT PETERSON, by Phan Lee Peterson, Personal Representative,

    Plaintiff,

v.

MEDTRONIC, INC.,
MEDTRONIC USA, INC., and
MEDTRONIC MED REL, INC.

    Defendants.

---

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

    THIS MATTER, coming before the Court upon the Stipulated Motion for Dismissal with Prejudice of Plaintiff, Estate of Kit Peterson, by Phan Lee Peterson, Personal Representative, and Defendants Medtronic, Inc., Medtronic USA, Inc., and Medtronic Med Rel, Inc. (collectively "Defendants"), for the dismissal, with prejudice, of all of Plaintiff's claims against all of the Defendants, pursuant to Fed. R. Civ. P. 41(a)(2) (the "Stipulated Motion"), and the Court being fully advised in the premises,

    IT IS HEREBY ORDERED that the Stipulated Motion is granted.

    IT IS FURTHER ORDERED that all claims of the Plaintiff against all of the Defendants in the above-captioned Complaint and action be and hereby are DISMISSED, WITH PREJUDICE, each party to pay its own costs and attorneys' fees.

    DONE AND ORDERED this  26th  day of  July , 2005.

                                BY THE COURT:

                                s/Edward W. Nottingham
                                U.S. District Court Judge